

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 9 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 15-0105                          DATE: 2/6/2015
    COA #: 12-14-00217-CV      TC#: 2013-0254-P-1
STYLE: BARBARA GAIL HARRIS
    v.  HAYDEN R. MAYFIELD, INDEPENDENT EXECUTOR OF THE ESTATE OF
        HAYDEN R. MAYFIELD, DECEASED, AND TRUSTEE UNDER THE WILL OF
        HAYDEN R. MAYFIELD

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response.  (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702